UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                            CASE NO. 8:06-cr-162-T-30TBM

ROBERT CURTIS COVINGTON

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (doc. 318), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for one .380 ACP/9mm Kurz (manufactured by AMT) with an obliterated serial number and four .380 caliber rounds of ammunition.

The Court, being fully advised in the premises, hereby finds as follows.

1.     On June 14, 2007, a Superseding Indictment was filed in the instant case, charging defendant Robert Curtis Covington ("Covington") in Counts One and Two, with murder for hire, in violation of 18 U.S.C. § 1958(a) and in Count Three, with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).  (Doc. 81).

2.     The Superseding Indictment contained Forfeiture Allegations pursuant to provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), seeking forfeiture of Covington's right, title, and interest in all firearms and ammunition involved in the commission of the offense, including: one .380 9 millimeter Kurz handgun and .380

caliber rounds of ammunition. (Doc. 81 at 3).

3. On September 18, 2007, the United States filed a Notice of Essential Elements, Penalties, and Factual Basis, which provided the facts supporting Covington's conviction on the possession of a firearm by a convicted felon offense charged in Count Three of the Superseding Indictment. (Doc. 138). On that same date, Covington pleaded guilty to Count Three at a hearing before United States District Judge James D. Whittemore, who accepted his plea. (Doc. 141).

4. On November 5, 2007, a jury trial commenced as to defendant Covington, and on November 9, 2007, the Jury entered a verdict finding the defendant guilty on Counts One and Two of the Superseding Indictment. (Doc. 206).

5. On January 28, 2008, Covington was sentenced, and the firearm and ammunition was found subject to forfeiture and included in the Judgment. (Docs. 238, 244).

6. In accordance with the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture of the one .380 ACP/9mm Kurz and four .380 caliber rounds of ammunition, and of its intent to dispose of the firearm and ammunition, on the official government website, www.forfeiture.gov, from October 21, 2010 through November 19, 2010. (Doc. 315). The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle

District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

7. No person or entity other than the Covington, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired. Thus, any third-party interest in the property is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 318) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 23, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2006\06-cr-162.forfeit 318.wpd