**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.  Case No: 8:06-CR-162-T-30TBM

ROBERT CURTIS COVINGTON,

    Respondent.
_____/

# ORDER

THIS CAUSE comes before the Court on Defendant Robert Curtis Covington's Second Motion to Correct Clerical Errors in the Presentencing Report. (Doc. 350). On December 29, 2015, the Court granted, in part, Defendant's prior motion to correct clerical errors. (Doc. 328). In that Order, the Court directed the United States Probation Office to correct paragraphs 58 and 74 of Defendant's PSR to properly reflect the convictions listed on Defendant's state-court judgment. In the instant motion, Defendant asks the Court to append the Court's prior order to Defendant's PSR since the Bureau of Prisons had not received any information showing a correction to the PSR. (Doc. 350, ¶ 28).

The Court concludes Defendant's motion is moot. After Defendant filed his motion, the United States Probation Office filed a final PSR that corrected paragraphs 58 and 74 to accurately reflect the convictions listed on Defendant's state-court judgment. (Doc. 352). As such, it is unnecessary for this Court to append any order to the PSR to reflect the corrections this Court ordered to the PSR.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Second Motion to Correct Clerical Errors in the Presentencing Report (Doc. 350) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record