# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:06-cr-162-T-30TBM

ROBERT CURTIS COVINGTON

## ORDER

THIS CAUSE comes before the Court on Defendant's Emergency Motion for Reconsideration (Doc. 365) of Order Adopting Report and Recommendation on Defendant's Motion to Appeal *in Forma Pauperis*. In his motion, Defendant argues that he gave objections to the Report and Recommendation due prison officials before the time to make objections expired, but that the Court adopted the Report and Recommendation before objections were received by the Clerk. The Court concludes the motion for reconsideration should be granted so the Court can consider Defendant's objections.

Accordingly, it is therefore ORDERED AND ADJUDGED that:

1. Defendant's Emergency Motion for Reconsideration (Doc. 365) is GRANTED.

2. Having considered the objections (Docs. 364 and 366), the Court concludes the objections are without merit.

3. The Report and Recommendation (Doc. 360) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

4. Defendant's motion for leave to appeal *in forma pauperis* (Doc. 358) is DENIED on the grounds that the appeal is frivolous.

5. The Court certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of January, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record